AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kenton, Victor B. | U.S. District Court | 05/8/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge: Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
255 E. Temple St., Chambers 5100
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/8/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/8/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Oppenheimer Principal Protected Main St. Fund III Cl A | A | Int./Div. | | | Sold | 12/19/11 | J | A | |
| 2. Ameriprise Cash (formerly Money Market Funds & Cash) (Y) | | | | | | | | | |
| 3. Strategic Portfolio Service Advantage SPSA Cash Account (Y) | | | | | | | | | |
| 4. Valcom, Inc. (Y) | | | | | | | | | |
| 5. General Electric Co | A | Dividend | J | T | | | | | |
| 6. Government National Mtg. Association (Y) | | | | | | | | | |
| 7. Valcom, Inc. IRA (Y) | | | | | | | | | |
| 8. Government National Mtg. Association (IRA) | A | Interest | J | T | | | | | |
| 9. Constitution Equity II Limited Partnership | | None | J | W | | | | | |
| 10. Ramco-Gershenson | A | Dividend | J | T | | | | | |
| 11. Corp. Prop. Assoc.-Inland Western Retail Real Estate Trust | | None | K | T | | | | | |
| 12. Corporate Property Assoc - Global Real Estate Trust | | None | K | T | | | | | |
| 13. FID ADV New Insights - A Fidelity Advisor Funds | A | Int./Div. | | | Sold | 10/24/11 | K | A | |
| 14. COL VP Div Bond Fd Cl3 (formerly RVS Div Bond Fd) | | None | J | T | | | | | |
| 15. COL VP Global Bond Fd Cl3 (formerly RVS VP Global Bond FD) | | None | J | T | | | | | |
| 16. COL Gbl Inf Prot Cl3 (formerly RVS BP Gbl Infl Prot Cl3) | | None | J | T | | | | | |
| 17. COL Dynamic Equity Cl3 (formerly RVS Dynam Equity Cl3) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Goldman US Equity | | None | K | T | | | | | |
| 19. Goldman VIT Midcap | | None | J | T | | | | | |
| 20. Fid VIP Midcap CI 2 | | None | J | T | | | | | |
| 21. Wanger USA | | None | J | T | | | | | |
| 22. Invesco Cap Appr II | | None | K | T | | | | | |
| 23. VP Partner Small Cap CI3 | | None | J | T | | | | | |
| 24. AllBern VPS Intl Val | | None | J | T | | | | | |
| 25. COL VP EMG MKT CI3 (formerly THDNDL VP Emg Mkt) | | None | J | T | | | | | |
| 26. Wanger Intl | | None | J | T | | | | | |
| 27. Invesco Technology I | | None | J | T | | | | | |
| 28. Oppenheimer Strat Inc. CI3 | | None | J | T | | | | | |
| 29. INV Comstock Ser II | | None | K | T | | | | | |
| 30. COL VP Div Bond Fd CI3 (formerly RVS Div Bond Fd) | | None | | | Merged (with line 57) | 10/14/11 | J | | |
| 31. COL VP Div Eq Inc (formerly RVS VP Div Eq Inc Fd) | | None | | | Merged (with line 57) | 10/14/11 | J | | |
| 32. COL VP Intl Opf CI3 (formerly Thdndl VP Intl Opp) | | None | | | Merged (with line 57) | 10/14/11 | J | | |
| 33. COL VP Sm Cap VI CI3 (Formerly SEL1 VP Small Cap Adv) | | None | | | Merged (with line 57) | 10/14/11 | J | | |
| 34. COL Mid Cap Gr CI3 (formerl RVS VP Mid Cap Gr CI3) | | None | | | Merged (with line 57) | 10/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity VIP III MCp2 (partial transfer to line 61) | | None | J | T | | | | | |
| 36. Opp Strategic Inc C13 | | None | | | Merged (with line 57) | 10/14/11 | J | | |
| 37. Fid VIP Contrafd Cl2 (partial transfer to line 61) | | None | J | T | | | | | |
| 38. Janus Aspen Oversea (part. transfer line 61,remainder to 40) | | None | | | Merged (with line 37) | 4/8/11 | J | | |
| 39. COL Strategoc Alloc A | A | Dividend | | | Sold | 10/24/11 | J | A | |
| 40. Opp Developing Mkts - A | | None | | | Sold | 10/24/11 | J | A | |
| 41. Pimco Low Duration - D | A | Dividend | | | Sold (part) | 4/11/11 | J | A | |
| 42. Pimco Low Duration - D | A | Dividend | | | Sold | 10/24/11 | K | A | |
| 43. COL Recovery & Infrst - A | | None | | | Sold | 10/24/11 | K | A | |
| 44. Opp Intl Diversified-A | A | Dividend | | | Sold (part) | 4/11/11 | J | A | |
| 45. Opp Intl Diversified-A | A | Dividend | | | Sold | 10/24/11 | J | A | |
| 46. Eaton Float RT & it/inc A | A | Dividend | | | Sold | 10/24/11 | J | A | |
| 47. COL LTD Dur Credit-A | A | Dividend | | | Sold | 10/24/11 | J | A | |
| 48. COL SLG Comm & Info - A | | None | | | Sold | 10/24/11 | J | A | |
| 49. DWS SEL Altern Alloc | A | Dividend | | | Sold | 10/24/11 | J | A | |
| 50. COL EMG Mkts Opp-A | | None | | | Sold | 10/24/11 | J | A | |
| 51. Royce Micro Cap (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity VIP Overseas (X) | | None | J | T | | | | | |
| 53. Riversource Life Ins. Variable Annuity | | None | K | T | Buy | 11/7/11 | M | | |
| 54. Ameriprise Insured Money Market (X) | A | Interest | J | T | | | | | |
| 55. INV Convertible Securities | A | Int./Div. | | | Buy | 4/12/11 | K | | |
| 56. | | | | | Sold | 10/24/11 | K | A | |
| 57. VP Mod CL2 (full transfer from lines 33-37 part. from 38-41) | | None | K | T | Open | 10/15/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/8/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Victor B. Kenton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544